**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Ezra Yehuda Rosensaft

CASE NO.: 08−13229−reg

Social Security/Taxpayer ID/Employer ID/Other Nos.:
xxx−xx−2508

CHAPTER: 7

---

# DISCHARGE OF DEBTOR
# ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 8/18/08 ; an order for relief was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. § 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. § 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. Robert L. Geltzer is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 1/29/09

Robert E. Gerber, Bankruptcy Judge

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE



The following entities were served by first class mail on Jan 31, 2009.

| | |
|---|---|
| db | +Ezra Yehuda Rosensaft, 3515 Henry Hudson Parkway, Apt. 5C, Bronx, NY 10463-1330 |
| aty | +James H. Shenwick, Shenwick & Associates, 655 Third Avenue, 20th Floor, New York, NY 10017-5617 |
| tr | +Robert L. Geltzer, The Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, NY 10128-3100 |
| smg | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | New York City Dept. Of Finance, 345 Adams Street, 3rd Floor, Attn: Legal Affairs - Devora Cohn, Brooklyn, NY 11201-3719 |
| smg | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | United States Attorney, One St. Andrew’s Plaza, Claims Unit - Room 417, New York, NY 10007-1701 |
| ust | +United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004-2122 |
| cr | +Cab East, LLC (Volvo Car Finance North America), c/o Macco & Stern, 135 Pinelawn Road - Suite 120 South, Melville, NY 11747-3153 |
| 4608592 | +Amy E. Przewozny, Esq., Steven J. Baum, PC, 220 Northpointe Parkway, Suite G, Amherst, NY 14228-1894 |
| 4609009 | Assurant/Chase Auto Finance, P.O. Box 80015, Atlanta, GA 30366-0015 |
| 4601677 | +Bank of America, PO Box 15027, Wilmington, DE 19850-5027 |
| 4601680 | +Citibank, Box 6500, Sioux Falls, SD 57117-6500 |
| 4601672 | +First Financial Equities, 300 Frank W. Burr Blvd., Teaneck, NJ 07666-6704 |
| 4648979 | +Moshie Solomon, Esq., Solomon & Scheidt LLP, 450 Seventh Avenue, 36th Floor, New York, NY 10123-0101 |
| 4617091 | +Vincent Cuocci, Esq., Macco & Stern, LLP, 135 Pinelawn Road, Suite 120 South, Melville, NY 11747-3153 |
| 4606803 | Volvo Car Finance North America, PO Box 553179, Detroit MI 48255-3179 |
| 4601683 | +Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 4601673 | +Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |

The following entities were served by electronic transmission on Jan 29, 2009.

| | |
|---|---|
| tr | +EDI: QRLGELTZER.COM Jan 29 2009 15:58:00 Robert L. Geltzer, The Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, NY 10128-3100 |
| 4601674 | EDI: AMEREXPR.COM Jan 29 2009 15:58:00 American Express, PO Box 2855, New York, NY 10116-2855 |
| 4626230 | EDI: BECKLEE.COM Jan 29 2009 15:58:00 American Express Centurion Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 4601676 | +EDI: BANKAMER.COM Jan 29 2009 15:58:00 Bank of America, PO Box 15026, Wilmington, DE 19850-5026 |
| 4601675 | +EDI: BANKAMER.COM Jan 29 2009 15:58:00 Bank of America, PO Box 21848, Greensboro, NC 27420-1848 |
| 4601677 | +EDI: BANKAMER2.COM Jan 29 2009 15:58:00 Bank of America, PO Box 15027, Wilmington, DE 19850-5027 |
| 4601678 | +EDI: CAPITALONE.COM Jan 29 2009 15:58:00 Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4601679 | +EDI: CHASE.COM Jan 29 2009 15:58:00 Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 4601680 | +EDI: CITICORP.COM Jan 29 2009 15:58:00 Citibank, Box 6500, Sioux Falls, SD 57117-6500 |
| 4601681 | EDI: DISCOVER.COM Jan 29 2009 15:58:00 Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 4601682 | +EDI: PROVID.COM Jan 29 2009 15:58:00 Washington Mutual, PO Box 660487, Dallas, TX 75266-0487 |
| 4601683 | +EDI: WFFC.COM Jan 29 2009 15:58:00 Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 12

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

| | |
|---|---|
| cr | Wells Fargo Bank, NA |
| 4651775* | +Moshie Solomon, Esq., Solomon & Scheidt LLP, 450 Seventh Avenue, 36th Floor, New York, NY 10123-0101 |

TOTALS: 1, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2009** **Signature:** Joseph Speetjens